# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF DISMISSAL

**DEBTOR(S) INFORMATION:**  
Sharon Jackson Selico  
**SSN:** xxx–xx–9338  
**EIN:** N/A  

2004 Glen Allen Ln  
Altadena, CA 91001–2137  

**BANKRUPTCY NO.** 2:08–bk–18069–AA  
**CHAPTER** 13  

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: August 4, 2008

For The Court,  
**Jon D. Ceretto**  
Clerk of Court

(Form ntcdsm rev. 5/96) VAN–24

**14 / YG1**